**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1817**

RONNIE T. SHELTON,

                    Plaintiff - Appellant,

          versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant - Appellee,

          and

ALBERTO R. GONZALES; JOHN L. BROWNLEE,

                    Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Glen E. Conrad, District Judge. (5:05-cv-00060-gec)

Submitted: February 26, 2007          Decided: March 26, 2007

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert P. Dwoskin, Charlottesville, Virginia, for Appellant. Donna L. Calvert, Regional Chief Counsel, Shawn McGruder, Supervisory Regional Counsel, Joyce M. J. Gordon, Assistant

Regional Counsel, Philadelphia, Pennsylvania; John L. Brownlee, United States Attorney, Sara Bugbee Winn, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie T. Shelton appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction based on the doctrine of res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Shelton v. Barnhart, No. 5:05-cv-00060-gec (W.D. Va. May 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED